# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS C. DOMINGO,<br><br>            Plaintiff,<br><br>       v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>            Defendants. | Case No.: 1:15-cv-00284 AWI JLT<br><br>ORDER GRANTING REQUEST TO AMEND THE CASE SCHEDULE<br><br>(Doc. 20) |

Before the Court is Plaintiff's request to amend the case schedule to extend the deadline by which he may file a motion to amend his complaint to add the United States of America as a defendant in this action. (Doc. 20) The request was filed ex parte, though the Court declined to consider it without allowing the defendant an opportunity to address the issues. (Doc. 21) Defendant has now filed its response and notes that it has no objection to the request—to the extent that it seeks the ability to amend the complaint and add the United States as a defendant. (Doc. 23) However, Defendant *does* oppose the request to the extent it requests the ability to amend the complaint related to MTC. Id. at 23. MTC notes, "to the extent that Plaintiff wishes to extend the pleading deadline to amend its pleadings against MTC [footnote], MTC opposes such request as Plaintiff has shown no good cause to amend its allegation." Id., footnote omitted.

The Court agrees that Plaintiff has made no effort to demonstrate good cause to amend the complaint related to MTC and, given Defendant's opposition on this point, the Court **ORDERS**:

1

1. The request to extend the pleading amendment deadline—as it relates to adding the United States of America as a defendant, is **GRANTED**. No motion to amend the complaint as to MTC is authorized at this time. If such an amendment is desired by Plaintiff, he may file a formal, noticed motion to amend the case schedule and which demonstrates good cause to do so as required by Fed. R. Civ. P. 16;

2. **No later than September 14, 2015**, Plaintiff may file a motion to file or a stipulation to file a first amended complaint naming the United States of America as a defendant to the action.

IT IS SO ORDERED.

Dated:   **September 9, 2015**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE