# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS C. DOMINGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00284 AWI JLT<br><br>ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>(Doc. 25) |

　　Based upon the stipulation of the parties, the Court ORDERS:

　　1.　　The stipulation allowing Plaintiff to file the first amended complaint, attached to the stipulation as Exhibit1, is **GRANTED**;

　　2.　　**No later than September 18, 2015**, Plaintiff may file his first amended complaint;

　　3.　　Defendant Management & Training Corporation's responsive pleading is due 21 days after the filing of the first amended complaint. Alternatively, within 21 days, Defendant may notify the Court and counsel that it will rely upon its answer (Doc. 6) to the complaint after which the Court will DEEM it responsive to the first amended complaint.

IT IS SO ORDERED.

　　Dated:　**September 16, 2015**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE