BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS C. DOMINGO,<br><br>          Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-9,<br><br>          Defendants. | Case No. 1:15-cv-00284-AWI−JLT<br><br>JOINT STIPULATION FOR DISMISSAL OF FIFTH CAUSE OF ACTION AND STAY OF REMAINING CLAIMS AGAINST DEFENDANT UNITED STATES |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Luis Domingo, and Defendants Management & Training Corporation and the United States, by and through their respective attorneys of record, as follows:

This case involves a former Federal Bureau of Prisons (BOP) inmate suing the United States and its contractor, Management & Training Corporation, for a miscellany of claims arising from the alleged failure to prevent plaintiff from contracting Coccidioidomycosis (commonly referred to as Valley Fever or Cocci) while incarcerated at Taft CI.

Plaintiff agrees to a dismissal of the fifth cause of action against the United States alleging a claimed violation of the plaintiff's Eighth Amendment rights.  As to the remaining claims against the United States, the United States expressly reserves its right to assert any and all defenses to any allegations made against it in this litigation, including, but not limited to, the timeliness of plaintiff's

///

1 claims, the independent contractor exception to the Federal Tort Claims Act (FTCA), and the
2 discretionary function exception to the FTCA.

3       A dispositive issue in this case is whether plaintiff's remaining causes of action against the
4 United States are barred by the independent contractor exception to the FTCA because MTC controlled
5 the "day to day" operations at Taft CI.  Plaintiff's claims are related to the claims in the matter of *Edison*
6 *v United States*, which action is currently on appeal as Ninth Circuit Case No. 14-15472, as well as the
7 claims in the matter of *Nuwintore v United States*, also on appeal as Ninth Circuit Case No. 14-17546.
8 As briefing in both cases is complete, and the parties are awaiting a date for oral argument in February
9 2016, a stay will not cause substantial delay in this action.  *Leyva v. Certified Grocers of California,*
10 *Ltd.*, 593 F.2d 857, 863-64 (9th Cir.1979) ("[a] trial court may, with propriety, find it is efficient for its
11 own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution
12 of independent proceedings which bear upon the case.").  In this regard, the undersigned parties hereby
13 jointly request that the Court stay this action pending resolution of the appeals in *Edison v United States*,
14 Ninth Circuit Case No. 14-15472, and *Nuwintore v United States*, Ninth Circuit Case No. 14-17546, on
15 the basis of the good cause set forth above.

16       Accordingly, the undersigned parties respectfully request that the Court enter the [proposed]
17 order set forth below dismissing the fifth cause of action and stay this action pending resolution of the
18 *Edison* and *Nuwintore* appeals.

19       Respectfully submitted,

20 Dated:  November 18, 2015      BENJAMIN B. WAGNER
21       UNITED STATES ATTORNEY

22       /s/Alyson A. Berg
      ALYSON A. BERG
23       Assistant United States Attorney
      Attorney for Defendant United States of America

24 Dated:  November 17, 2015      Respectfully submitted,

25       FELDMAN & WALLACH

26       (As authorized 11/17/15)
      /s/Ian Wallach
27       Ian Wallach
      Attorneys for Plaintiff Luis C. Domingo

28

Dated:  November 16, 2015       Respectfully submitted,
                                Burke, Williams & Sorensen, LLP


                                (As authorized 11/16/15)
                                /s/Susan Coleman
                                Susan Coleman
                                Attorney for Defendant Management &
                                Training Corporation


## ORDER

Having reviewed the stipulation submitted by the parties, and for good cause, the court hereby dismisses the fifth cause of action against the United States and stays the action until resolution of the *Edison* and *Nuwintore* appeals.

IT IS SO ORDERED.

Dated:   November 19, 2015                    _____
                                              SENIOR  DISTRICT  JUDGE