1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant
   United States of America
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| LOUIS C. DOMINGO, | Case No. 1:15-cv-00284-AWI-JLT |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER** |
| MANAGEMENT & TRAINING CORPORATION, ET AL., | (Doc. 38) |
| Defendants. | |

Plaintiff Louis Domingo ("Plaintiff"), Defendants United States of America ("United States"), and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the Status Conference approximately thirty (30) days to allow for the Ninth Circuit's Opinion in *Edison v. United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States, et al.,* Ninth Circuit Case No. 14-17546 to be finalized.

The parties base this stipulation on good cause, which includes that on July 19, 2016, the United States filed a petition for rehearing in *Edison v. United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States, et al.,* Ninth Circuit Case No. 14-17546. If granted on any or all the bases raised in the United States' petition, this could affect the amendments proposed by plaintiff or whether and to what extent the United States is obligated to answer an amended complaint. Accordingly, the parties request the status conference be continued approximately thirty (30) days to allow for a ruling on the pending petition.

1

1  Based on the showing of good cause stated above, the parties stipulate to continue the
2  Status Conference on August 8, 2016 to September 7, 2016 and Joint Status Report deadline on
3  August 1, 2016 to August 31, 2016.

DATED: July 27, 2016                FELDMAN & WALLACH, LLP

(As authorized 7/27/2016)
*/s/ Ian Wallach*
IAN WALLACH
JASON FELDMAN
Attorneys for Plaintiff, Gregory Edison

DATED: July 27, 2016                BURKE, WILLIAMS & SORENSEN, LLP

(As authorized 7/27/2016)
*/s/ Susan E. Coleman*
KRISTINA GRUENBERG
SUSAN E. COLEMAN
Attorneys for Defendant,
Management & Training Corporation

DATED: July 27 , 2016               PHILLIP A. TALBERT
                                    Acting United States Attorney

(As authorized 7/27/2016)
*/s/ Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney
Attorneys for Defendant,
United States of America

### [PROPOSED] ORDER

Having reviewed the stipulation submitted by the parties and for good cause showing, the status conference currently set for August 8, 2016 is hereby continued to **September 9, 2016** at 9:30 a.m.  The parties shall file a joint status report no later than **September 2, 2016.**

IT IS SO ORDERED.

Dated:   **July 27, 2016**                **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE