UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS C. DOMINGO,<br><br>  Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, et al.,<br><br>  Defendants. | Case No.  1:13-cv-00284-AWI-JLT<br><br>**ORDER GRANTING WITHDRAWL OF THE PLAINTIFF'S MOTION TO AMEND**<br><br>(Doc. 54) |

The parties have agreed that the plaintiff may file a second amended complaint. (Doc. 54 at 3-4) Thus, the plaintiff seeks to withdraw the motion to amend. (Doc. 54) Consequently, the Court **ORDERS**:

  1.  The plaintiff's motion to withdraw the motion to amend the complaint (Doc. 54) is **GRANTED**. <u>**No later than December 12, 2016**</u>, the plaintiff **SHALL** file his second amended complaint;

  2.  The United States of America **SHALL** file a responsive pleading within 21 days after the filing of the second amended complaint.  Because the second amended complaint makes no changes as to defendant MTC, it need not file a responsive pleading.

IT IS SO ORDERED.

  Dated:   **December 8, 2016**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28