| | |
|---|---|
| Ian Wallach, SBN 237849<br>Jason K. Feldman SBN 213386<br>FELDMAN & WALLACH<br>606 Venice Blvd., Suite C<br>Venice, CA 90291<br>Telephone: (310) 577-2001<br>Fax: (310) 564-2004<br>ian@feldmanwallach.com<br>jason@feldmanwallach.com<br><br>Attorneys for Plaintiff | PHILLIP A. TALBERT<br>United States Attorney<br>ALYSON A. BERG<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, California 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Defendant<br>United States of America |
| Raymond P. Boucher, SBN 115364<br>*ray@boucher.la*<br>Hermez Moreno, SBN 72009<br>*moreno@boucher.la*<br>Milin Chun, SBN 262674<br>*chun@boucher.la*<br>Brian M. Bush, SBN 294713<br>*bush@boucher.la*<br>BOUCHER LLP<br>21600 Oxnard Street, Suite 600<br>Woodland Hills, CA 91367-4903<br>Tel: (818) 340-5400<br>Fax: (818) 340-5401<br><br>Attorneys for Plaintiff | Susan E. Coleman (SBN 171832)<br>Kristina Gruenberg (SBN 268188)<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br>Telephone: (213) 236-0600<br>Fax: (213) 236-2700<br>scoleman@bwslaw.com<br><br>Attorney for Defendant<br>Manangement & Training Corporation |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS C. DOMINGO,<br><br>             Plaintiff,<br><br>     v.<br><br>MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-9,<br><br>             Defendants. | Case No.  1:15-cv-00284-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT UNITED STATES AND [~~PROPOSED~~] ORDER** |

1  Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that all claims by Luis C. Domingo against the United States as alleged in the first through third causes of action be dismissed with prejudice. All parties to bear their/its own attorneys fees and costs.

IT IS SO STIPULATED.

DATED: January 25, 2017          FELDMAN & WALLACH, LLP

                                  (As authorized 1/25/2017)
                                  */s/ Ian Wallach*
                                  IAN WALLACH
                                  JASON FELDMAN
                                  Attorneys for Plaintiff Luis C. Domingo

DATED: January 25, 2017          BOUCHER LLP

                                  (As authorized 1/24/2017)
                                  */s/ Brian M. Bush*
                                  BRIAN M. BUSH
                                  RAYMOND P. BOUCHER
                                  HERMEZ MORENO
                                  MILIN CHUN
                                  Attorneys for Plaintiff Luis C. Domingo

DATED: January 25, 2017          BURKE, WILLIAMS & SORENSEN, LLP

                                  (As authorized 1/24/2017)
                                  */s/ Kristina Gruenberg*
                                  SUSAN E. COLEMAN
                                  KRISTINA GRUENBERG
                                  Attorneys for Defendant,
                                  Management & Training Corporation

DATED: January 25, 2017          PHILLIP A. TALBERT
                                  United States Attorney

                                  */s/ Alyson A. Berg*
                                  ALYSON A. BERG
                                  Assistant United States Attorney
                                  Attorneys for Defendant,
                                  United States of America

**STIPULATION FOR DISMISSAL OF DEFENDANT UNITED STATES AND [~~PROPOSED~~] ORDER**                                                    2

1

**[~~PROPOSED~~] ORDER**

2   Based upon the stipulation of the parties, which relies upon Fed. R. Civ. P. 41(a), the
3 Court **DIRECTS** the Clerk of the Court to close the matter as to the United States only.

4

5 IT IS SO ORDERED.

6   Dated:   **January 27, 2017**          **/s/ Jennifer L. Thurston**
7                                         UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION FOR DISMISSAL OF DEFENDANT UNITED STATES AND [~~PROPOSED~~] ORDER**

3