# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS C. DOMINGO,<br><br>      Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, et al.,<br><br>      Defendants. | ) Case No.: 1:15-cv-0284 - AWI - JLT<br>)<br>) ORDER APPROVING THE STIPULATION OF<br>) THE PARTIES AND MODIFYING THE<br>) SCHEDULING ORDER TO EXTEND TIME FOR<br>) DISCOVERY<br>)<br>) (Doc. 67)<br>)<br>)<br>) |

On October 27, 2017, Luis Domingo and Management & Training Corporation filed a stipulation to modify the scheduling order. (Doc. 67) The parties seek modification "to allow fact and expert discovery to extend beyond the dates currently set in the scheduling order." (*Id.* at 2)

According to the parties, they "have been diligently engaging in voluminous written discovery and exchange of materials." (Doc. 67 at 2) In addition, the parties report they "met and conferred several times to continue case progression and deposition scheduling efforts." (*Id.*) Due to constraints on the availability of both witnesses and counsel, the parties believe additional time is necessary to complete depositions. (*Id.*)

Good cause appearing and based upon the stipulation of the parties, the Court **ORDERS**:

1. The parties are ordered to complete all discovery pertaining to non-experts on or before **February 16, 2018**, and all discovery pertaining to experts on or before **April 6, 2018**;

2. Plaintiff **SHALL** disclose all expert witnesses on or before **February 23, 2018**;

1

| | |
|---|---|
| 1 | 3. Defendant **SHALL** disclose all expert witnesses no later than **March 9, 2018**; |
| 2 | 4. Rebuttal experts for Plaintiff **SHALL** be disclosed no later than **March 23, 2018**; and |
| 3 | 5. All non-dispositive pre-trial motions, including any discovery motions, shall be filed no |
| 4 | later than **April 6, 2018**, and heard on or before **May 4, 2018**. |
| 5 | **No further modifications of the Scheduling Order are authorized at this time.** |

IT IS SO ORDERED.

Dated: **November 1, 2017**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE