| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Susan E. Coleman (SBN 171832)<br>E-mail: scoleman@bwslaw.com<br>Kristina Doan Gruenberg (SBN 268188)<br>E-mail: kgruenberg@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br>Tel: 213.236.0600 Fax: 213.236.2700 |
| 6<br>7 | Attorneys for Defendant<br>MANAGEMENT & TRAINING CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS C. DOMINGO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 - 9.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00284-AWI-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET SETTLEMENT CONFERENCE AND MODIFYING SCHEDULING ORDER TO EXTEND TIME FOR EXPERT DISCOVERY**<br><br>(Doc. 70) |

　　　　Plaintiff Luis C. Domingo, and the Defendant Management & Training Corporation ("MTC") (collectively "the parties"), by and through their respective counsel, respectfully submit this stipulation and proposed order setting a settlement conference for March 5, 2018, and modifying the scheduling order to allow expert discovery to extend beyond the dates currently set in the scheduling order. All parties have been engaging in settlement discussions, and are interested in resolving the case without incurring further attorneys' fees or costs.

　　　　Therefore, the parties request the assistance of the Honorable Jennifer L. Thurston to resolve these cases with a settlement conference at 10:00 a.m. on March 5, 2018, which date has been cleared with the Court.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4841-1776-3165 v1

1:15-CV-00284-AWI-JWT
STIP TO SET SETTLEMENT CONF. AND
MODIFY SCHEDULING ORDER

Additionally, in an effort to focus on settlement negotiations, the parties, by and through their respective counsel, stipulate and respectfully request the brief continuation of the expert dates outlined below. The proposed date changes will not affect the November 14, 2018 trial date. The current and proposed schedules are provided below for the Court's reference.

|  | Current | Proposed |
|---|---|---|
| Plaintiff's Expert Disclosures | 2/23/2018 | 3/9/2018 |
| Defendants' Expert Disclosures | 3/9/2018 | 3/23/2018 |
| Rebuttal Expert Disclosures | 3/23/2018 | 4/2/18 |

Dated: February __, 2018        BURKE, WILLIAMS & SORENSEN, LLP

By: _____
    Susan E. Coleman
    Kristina Doan Gruenberg

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

Dated: February __, 2018        BOUCHER, LLP

By: _____
    Hermez Moreno
    Raymond Paul Boucher
    Milin Chun
    Brian M. Bush

Attorneys for Plaintiff
LUIS C. DOMINGO

///

///

# ORDER

Based upon the stipulation counsel, the Court **ORDERS**:

1. The Court sets a settlement conference on March 5, 2018 at **1:30 p.m.**;

2. The case schedule is modified as follows:

    a. Plaintiff's expert disclosure: **March 9, 2018**;

    b. Defendants' expert disclosure: **March 23, 2018**;

    c. Plaintiff's rebuttal expert disclosure: **April 2, 2018**;

    d. Expert discovery deadline: **April 27, 2018**

IT IS SO ORDERED.

Dated: **February 16, 2018**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4841-1776-3165 v1            - 3 -            1:15-CV-00284-AWI-JWT
                                                  STIP TO SET SETTLEMENT CONF. AND
                                                  MODIFY SCHEDULING ORDER