# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS C. DOMINGO, ) | Case No.: 1:15-cv-0284 - AWI - JLT |
| ) | |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| ) | |
| v. ) | (Doc. 88) |
| ) | |
| MANAGEMENT & TRAINING ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties report they had come to terms of settlement. (Doc. 88) They indicate they will seek dismissal of the action soon. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than October 31, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **August 28, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE