# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS C. DOMINGO, | Case No.: 1:15-cv-00284 - AWI - JLT |
| Plaintiff, | ORDER CLOSING CASE |
| v. | (Doc. 90) |
| MANAGEMENT & TRAINING CORPORATION, et al., | |
| Defendants. | |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 90) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 31, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE